FILED
2024 Dec-27 PM 01:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Joshua Nathaniel Blackmon
c/o 11180 Lexington Drive
Duncanville, Alabama [35456]

FILED

2024 DEC 26 P 3: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

_____ Space Above For Recording Purposes Only _____

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA WESTERN DIVISION

| | | |
|---|---|---|
| JOSHUA NATHANIEL BLACKMON | ) | |
| LIVING Estate | ) | |
| c/o Joshua Nathaniel Blackmon, Executor | ) | Date: December 17 2024 |
| | ) | |
| *Petitioner,* | ) | Case No. 7:24-cv-1803-AMM |
| | ) | |
| VS | ) | PETITIONER'S CLAIM, |
| | ) | ARTICLE III JURISDICTION |
| Frank Martell, CEO, et al | ) | AND |
| LOANDEPOT, LLC | ) | EQUITABLE RELIEF |
| | ) | |
| ACCELERATE MORTGAGE LLC | ) | |
| Edward Taylor, President | ) | |
| | ) | |
| US DEPARTMENT OF HOUSING AND | ) | |
| URBAN DEVELOPMENT | ) | |
| Adrine Todman, Secretary | ) | |
| | ) | |
| TIFFANY & BOSCO P.A. | ) | |
| | ) | |
| *Respondents,* | ) | |

## PETITIONER'S CLAIM, ARTICLE III JURISDICTION AND EQUITABLE RELIEF

**COMES NOW, Joshua Nathaniel Blackmon** in his living capacity, making a special appearance on behalf of the **JOSHUA NATHANIEL BLACKMON**

1

**LIVING ESTATE,** to request that this case be moved into an Article III jurisdiction and equity to be overseen by a Lord Chancellor.

As **Petitioner** is maker of claim, **Joshua Nathaniel Blackmon** requires equitable relief and therefore, petitions **THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA** to move this case into an Article III jurisdiction and equity, where equitable claims are heard, where equitable principles are applicable and where equitable provisions are applied, so that remedies other than statutory and monetary damages may be granted.

## I.
## STATEMENT OF CLAIMS
*Title Holder by 'Nature'*

**Petitioner's** statement of claim is a superior right to *'title by nature'*.

**Respondents** can only hold *'title by characteristic'*.

**Petitioner** does not agree with the **Respondents'** *'title by characteristic'*.

## II.
## PETITIONER'S CAUSE OF ACTIONS
*Breach of Trust and Fiduciary Duties*

**LOANDEPOT, LLC, Frank Martell,** CEO; **ACCELERATE MORTGAGE LLC Edward Taylor,** President; and **US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Adrine Todman,** Secretary: *Breach of trust and Fiduciary Duties.*

A breach of trust occurs when a trustee violates their fiduciary duties to a beneficiary or when the rules of a trust are broken. Trustees have a fiduciary obligation to act in the best interests of the beneficiaries such as good faith, loyalty, reasonable skill and diligence. A trustee must never administer the trust in

a way that benefits them more than the beneficiaries. Beneficiaries have equitable interest in the trust property and can enforce the trust if the trustee breaches their fiduciary duties and obligations. The beneficiaries of a trust must be clearly defined.

### III.
### EQUITY

**Equity:** the term "equity refers to fairness and justice and is distinguished from equality: Whereas equality means providing the same to all, equity means recognizing that we do not all start from the same place and must acknowledge and make adjustments to imbalances.

A court can order equitable remedies to remedy a breach of trust, such as:

- Voiding an act of the trustee;
- Imposing a lien or constructive trust on trust property;
- Tracing a property and recovering it or its proceeds;
- Ordering a trustee to restore trust assets;
- Accessing equitable compensation

**Equity** is a separate branch of the judicial system that plays a crucial role in delivering justice when strict legal principles fall short. This specialized court offers a range of equitable remedies that can significantly impact a case, ensuring fairness and comprehensive resolutions.

**Equitable Remedy**: The Court of Equity goes beyond monetary compensation and offers remedies such as injunctions, specific performance, rescission and restitution, trust relationships, and equitable estoppel. These remedies address

unique circumstances and provide tailored solutions that are not available in state and federal statutory courts

## IV.
## EQUITABLE VERSUS STATUTORY

- The Equitable, or Inherent, to include all of those matters, whether purely equitable in their nature or having characteristics both equitable and legal, jurisdiction over which is derived exclusively or chiefly from their Inherent powers as Courts of Equity; and
- The statutory, to include all of those matters, whether equitable in their characteristics or purely legal in their nature, jurisdiction over which is derived exclusively or chiefly from our statutes.

## V.
## LAW AND EQUITY

**John Bouvier, Institutes of American Law 1882, Volume II, §3724, Part 4**
*"The Law is nothing without equity, and equity is everything, even without Law. Those who perceive what is just and what is unjust only through the eyes of the law, never see it as well as those who behold it with the eyes of equity. Law may be looked upon, in some manner, as an assistance for those who have a weak perception of right and wrong, in the same way that optical glasses are useful for those who are shortsighted or those whose vision organs are deficient. Equity, in its true and genuine meaning, is the soul and spirit of the law; positive law is construed, and rational law is made by it".*

*"To make a law, there must be a superior, who has authority to make it and an inferior, who is bound by it. To complete the definition of law, we must say that it is a rule prescribed by a lawful superior. God is the first superior."* **Institutions of American Law, Vol. 1, (1851) by John Bouvier. 8.**

## VI.
## PRESUMPTIONS OF LAW

Presumptions of Law are either conclusive or disputable. Conclusive presumptions will yield to no proof; but disputable presumptions may be overcome by proof. As illustrations of conclusive presumptions of law may be mentioned:

1) that everyone knows the criminal law;

2) that every sane man contemplates the probable consequences of his own acts; and

3) that everyone has knowledge of a deed duly registered.

## VII.
## CASE LAW IN SUPPORT OF EQUITY

**Bank of America v. La Jolla Group II, 129 Cal. App. 4th 706 (2005)**
•**Issue:** Whether a third part could acquire a mortgage note and foreclose without an equitable interest in the property.
•**Holding:** The court held that equitable principles apply in the foreclosure process. The third-party purchaser did not have an equitable interest in the mortgage, and the foreclosure was deemed improper.

5

•**Note:** This case highlights that equity is central in determining whether the parties involved have legitimate rights in mortgage disputes, and it emphasizes the need for fairness in foreclosure actions.

### Ruston v. Shea, 423 Mass. 367 (1996)

•**Issue:** Whether the court should reform a mortgage contract based on mutual mistake under equitable principles.

•**Holding:** The court found that mutual mistake in the drafting of the mortgage documents justified the use of equitable reformation of the contract. The reformation remedy in equity allows the court to correct the contract to reflect the true intention of the parties.

•**Note:** This case underscores that equity can be invoked to modify mortgage contracts when there has been an error or mistake in the original agreement.

### Williams v. Walker-Thomas Furniture Co., 350 F.2d 445 (D.C. Cir. 1965)

•**Issue:** Whether a contract provision in a security interest (including mortgages) could be unconscionable under equitable principles.

•**Holding:** The court held that courts of equity have the authority to refuse enforcement of unfair or unconscionable contract provisions, including in mortgage lending agreements. If a term in a mortgage contract is found to be oppressive or unfair, equity allows the court to deny enforcement of that provision.  **Note:** This case is often cited as a landmark decision in mortgage and

6

contract law, showing that the equity can be used to void or modify unfair contract terms in mortgage disputes.

## VIII.
## EQUITY MAXIMS

**EQUITY MAXIMS EXITED BEFORE THE LAWS**: Page 459

Institutes of American Law by Bouvier, 1870: Section: 3726 *"Maxims are rules or principles of law universally admitted as being just and consonant with reason, ... These existed before the law, for, it has been well observed. Nations have been found without laws none without maxims. Such maxims may be considered as fragments of the natural law which was promulgated at the beginning of the world."*

*"Equity looks to the intent rather than to the form"* **NOTE:** This maxim stands as a guide for determining the duties and rights of the parties to a trust relationship.

### MAXIMS OF EQUITY

1) Equity regards as done what ought to be done.

2) Equity will not suffer a wrong to be without a remedy.

3) Equity delights in equality.

4) One who seeks equity must do equity.

5) Equity aids the vigilant, not those who slumber on their rights.

6) Equity imputes an intent to fulfill an obligation.

7) Equity acts in personam.

8) Equity abhors a forfeiture.

9) Equity does not require an idle gesture.

7

10) He who comes into equity must come with clean hands.

11) Equity delights to do justice and not by halves.

12) Equity will take jurisdiction to avoid a multiplicity of suits.

13) Equity follows the law.

14) Equity will not aid a volunteer. (As Lord Eldon said: "if you are a volunteer, you shall not have the help of the Court of Equity to make you a Cestui Que Trust."

15) Where equities are equal, the law will prevail.

16) Between equal equities the first in order of time shall prevail.

17) Equity will not complete an imperfect gift.

18) Equity will not allow a statute to be used as a cloak for fraud.

19) Equity will not allow a trust to fail for lack of a trustee.

20) Equity regards the beneficiary as the true owner.

## IX.
## CONCLUSION

**Petitioner's** presumption is that in Equity, once the deed is acknowledged and accepted it is considered perfected.

Also, a deed is **presumed to be accepted** and the conveyance complete if the deed is:

1) physically handed to the grantee

2) recorded by the grantee

3) in the grantee's possession

Acknowledgement and Acceptance by grantee of a deed, from the grantor does constitute delivery. A deed is not effective until the grantee or his/her agent *accepts* the deed. At this point the grantee becomes the grantor, and the grantor then has all rights by *'nature' as holder-in-due-course as full beneficial owner and has superior title over all other titles and claims* in equity.

## X.
### PRAYER FOR RELIEF
*Psalms 17:2*

1 Listen, O Lord, to my plea for justice; pay attention to my cry for help! Listen to my honest prayer. 2 You will judge in my favor, because you know what is right. 3 You know my heart. You have come to me at night; you have examined me completely and found no evil desire in me   Please be advised. I await your return.

By: *John Nathaniel Black*

Joshua Nathaniel Blackmon, Executor
c/o 11180 Lexington Drive
Duncanville, Alabama [35456]
Phone: (205) 566-1513
Email: nate.black357@gmail.com
*"All rights reserved"*

**CC:**

**Greer M. Lynch,** Clerk of Court
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
1729 Fifth Avenue North
Birmingham, Alabama 35203-2000

**Frank Martell,** CEO
**LOANDEPOT LLC**
6561 Irvin Center Drive
Irvine, CA 92618

**Edward Taylor,** President
**ACCELERATE MORTGAGE LLC**
1000 Enterprise Way
Suite 200
Roseville, Georgia 95678

**Adrine Todman,** Secretary
**US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
451 7th Street SW
Washington, DC 20410

**TIFFANY & BOSCO P.A.**
2501 20th Place South
Suite 300
Homewood, AL 35223

**JURAT**

| | |
|---|---|
| **ALABAMA STATE** | ) |
| | ) *Acknowledged and Accepted* |
| **TUSCALOOSA COUNTY** | ) |

A notary public or other officer completing this certificate verifies only the identity of the individual who signed this document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of the document.

I, _Lakeisha Bonner_ a Notary in and for said County and State, hereby certify that on behalf of **Joshua Nathaniel Blackmon** for the **JOSHUA NATHANIEL BLACKMON LIVING Estate** and with authority of **PETITIONER'S CLAIM, ARTICLE III JURISDICTION AND EQUITABLE RELIEF** being known to me (or whose indemnity has been informed of the contents of this document has executed as such voluntarily ad with lawful intent and authority).

Given under my hand and seal this __17__ day of December 2024

_Lakeisha Bonner_

Notary, All Rights Reserved Without Recourse

My Commission Expires On: __03/27/2027__

SEAL

```
LAKEISHA BONNER
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES MAR. 27, 2027
```

11